■ MAGOBA MANAGEMENT, INC. v. H. CLAYTON SMITH & CO., INC.— Motion for reargument or for leave to appeal to the Court of Appeals denied. Concur — Peck, P. J., Botein, Frank, Valente and McNally, JJ. [See *ante,* p. 145.]

■ MAGOBA MANAGEMENT, INC. v. H. CLAYTON SMITH & CO., INC.— Motion to reargue appeal from judgment and order denied. Concur — Peck, P. J., Botein, Frank, Valente and McNally, JJ. [See *ante,* p. 145.]

■ In the Matter of FRANK J. CENTNER et al., Appellants, against GEORGE P. MONAGHAN, as Police Commissioner of the City of New York, Respondent.— Motions for reargument denied. Motions for leave to appeal to the Court of Appeals granted. Settle orders. Concur — Peck, P. J., Breitel, Botein and Rabin, JJ. [See 1 A D 2d 652.]

■ HARRY D. MENCHER, Appellant, v. SAUL I. BIRNBAUM et al., Individually and as Copartners Doing Business as BIRNBAUM & BIRNBAUM, et al., Respondents, et al., Defendants.— Order unanimously reversed, with $20 costs and disbursements to the appellant, and the matter remitted to Special Term. The record on this appeal does not comply with the requirements of rule 234 of the Rules of Civil Practice. The record is also insufficient to disclose the facts as to whether or not the provision in the stipulation for the entry of judgment in the amount of $32,100 was a penalty provision. The collateral agreement referred to in the brief was not marked in evidence but as printed in the record appears to contain a reservation of rights against the defendants. For all these reasons the order appealed from should be reversed and the matter remitted to Special Term for the taking of further evidence, if necessary, and for the making of a proper record. In view of the condition of the record, appellant is not entitled to costs. Concur — Peck, P. J., Breitel, Botein, Rabin and Valente, JJ. [See *post,* p. —.]

■ KATHRYN D. WEISS v. JOHN D. WEISS.— Motion for stay granted upon condition that the appellant procures the record on appeal and appellant's points to be filed on or before October 31, 1957, with notice of argument for November 12, 1957, said appeal to be argued or submitted when reached. Concur — Peck, P. J., Breitel, Botein, Rabin and Valente, JJ.

■ HARRY A. GAIR et al., Respondents, v. DAVID W. PECK et al., Individually and as Justices of the Appellate Division of the Supreme Court of the State of New York in and for the First Judicial Department, Appellants.— Appeal, pursuant to the provisions of section 618 of the Civil Practice Act, and on the court's own motion, transferred to the Appellate Division, Third Department, for hearing and determination. Concur — Breitel, J. P., Botein, Rabin, Frank and Valente, JJ.

■■■

## (October 23, 1957)

### (Republished.)

■ HARRY D. MENCHER, Appellant, v. SAUL I. BIRNBAUM et al., Individually and as Copartners Doing Business as BIRNBAUM & BIRNBAUM, et al., Respondents, et al., Defendants.— Order unanimously reversed and the matter remitted to Special Term. The record on this appeal does not comply with the requirements of rule 234 of the Rules of Civil Practice. The record is also insufficient to disclose the facts as to whether or not the provision in the stipulation for the entry of judgment in the amount of $32,100 was a penalty provision. The collateral agreement referred to in the brief was not marked in evidence but as printed in the record appears to contain a